## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT
## JACKSONVILLE FLORIDA

**MICHAEL HARRIS,**

    **Plaintiff,**

v.                                    Case No.323-CV79-HES-LLL

**THIRD JUDICIAL CIRCUIT**
**FOR THE STATE OF FLORIDA, et al.,**

    **Defendant.**

_____/

## COMPLAINT

COMES NOW Michael Harris (hereinafter "Harris" or "Plaintiff"),

proceeding *pro se* (until the appointment of council), files this timely

Complaint, against the Third Judicial Circuit of Florida and Mr. Jeffrey

Siegmeister, State Attorney (hereinafter also known as the "State" or

"Defendant"), for violations of federal and state laws against Harris for no

good reason(s), other than to be malicious.

This Court has Jurisdiction for the reasons stated herein this

Complaint.  28 U.S.C. § 1331

On or about January 23, 2019, while Harris was seeking re-

employment with the State of Florida as a re-hire after previously retiring in

-1-

May of 2017, after Twenty-five years of professional and dedicated service with the Florida Department of Corrections.

After Harris submitted his application for employment, Harris was advised by the State Personnel Department that he would need to address an arrest that had taken place in 1991. This request caught Harris completely by Surprise, where Harris had never been arrested for anything, and that there was another person with the exact same name as his (first, middle and last), only that Michael G. Harris was a little older, so it must have been that Michael G. Harris, instead.

The State Personnel Employee advised Harris that it was He and read off Harris' Social Security Number to him. Hearing this startling news, Harris presented himself to the Third Judicial Circuit Court in Columbia County, Florida, the Records Division.

Harris requested and received a Certified Copy of the Charging Court Document, with the Court Certified Court Seal for the Third Judicial Circuit, imprinted on it.

The on-line database also reveals Harris' street address and a street address of Harris' mother, Harris social security and driver license number. The on-line Court File showed a UCN: No. 121991MM001379MMAXMX,

-2-

**Case No. 91001379MMAXMX**, Clerk File Date: 06/04/1991.  The Court

File further showed the assigned Judge: Julian E. Collins, and Harris'

Attorney was Paul S. Bryan for the Case, representing Harris.

The Third Judicial Circuit states in the Court Files that Harris

committed battery, a first degree misdemeanor, in violation of Florida Statute

784.03.1a1, on May 24, 1991.  The Court File indicated that the Court dates

were 6/12/1991, and 6/27/1991, to indicate the date the Case opened and

**Information filed on 6/4/1991**.  Arraignment on 6/12/1991, set for

6/25/1991.  Present without attorney, Harris, as the Defendant pled guilty

and notice of discovery, Harris, the Defendant was found guilty by Judge

Collins, and Dismissal would be upon payment of restitution cost on

06/25/1991, Harris, the Defendant was assessed $53.00, and a fine payment

due date is 09/01/1991, as alleged and written on 6/27/1991, per the Charge.

This occurrence of an arrest never happened.  This is a total and

complete fraudulent occurrence, created by the Third Judicial Circuit Court

of Florida.  Reasons unknown, other than to prevent gainful employment, and

damage Harris reputation and destroy his life, among other things.  Harris has

had previous copies of His Court Files copied, in which includes all persons

named Michael Harris in Columbia County, and the fraudulent Case which is

-3-

the subject of this Complaint never existed.  It was only after Harris applied

for re-employment with the State of Florida did the fraudulent Charge appear

in the Court File for Case No.: 91001379MMAXMX.

The Third Judicial Circuit created and filed its materially malicious,

fictitious and fraudulent Charge into its Court and Court Electronic Database

for recording Documents into the official record.  The Third Judicial Circuit

and Mr. Siegmeister, State Attorney are charged with committing unlawful

acts against Harris, by committing:

1.    **Deprivation of Rights Under Color of Law -- 18 U.S.C. §**

**242.**  The State and Mr. Seigmester conspired to deprived Harris of an

employment opportunity when it decided to willfully and intentionally

deprive Harris of those rights, privileges and immunities protected by the

United States Constitution and laws of the United States, when creating,

fabricating and causing the same fraudulent Documents to be uttered and

filed with a Case in the Third Judicial Circuit of Florida and all other

jurisdictions worldwide for access by the world wide web, intentionally

or Otherwise.  These acts are a continuous violation of Harris rights, for the

false charge still remains for everyone to see, worldwide.

-4-

### 2.    28 U.S.C. § 1401 Defamation, Libel and Slander

The Defendant Defamed, Libeled, and Slandered Harris when with a scheme to injure Harris with a false unlawful act that would prevent Harris from seeking gainful employment due to the asserted defamatory, libelous, and Slanderous Claims against Harris' reputation, by asserting verbally, and in writing on an Official Legal Document that Harris had committed Battery, and Domestic Battery against his wife.  These actions are causing damage to Harris' reputation and is continuing to cause emotional distress on Harris, where Harris advised the State of Florida of such acts, but no corrective actions has been taken by the Defendant to remove such defamatory, libel, slanderous, falsified charges and the Claims against Harris never were reversed or removed, even to the date of this filing.

The Defendant's false Claims have resulted in criticism, dishonor, and condemnation of Harris.  These acts committed by the Defendant are a malfeasance and misfeasance by the Third Judicial Circuit of Florida, which constitute official misconduct, where and when they intentionally acted to deprive Harris of a benefit of gainful employment, by creating a false and elaborate criminal act against a law abiding citizen to accomplish its fraud.

-5-

The Third Judicial Circuit Court knew this declaration of a domestic violence charge were fraudulent, unauthorized and unlawful, especially when acting while in their official capacity and function. The Defendant knowingly acted contrary to the dictates of the law that governs them.

### 3.    42 U.S.C. § 1983 - Civil Action for Deprivation of Rights

It was the intention of the Defendant to deprive Harris of an opportunity for gainful employment when creating a whole criminal scenario that occurred in 1991, of domestic violence. It is a known fact, by law, that any person seeking employment with the Florida Department of Corrections, cannot be employed due to the nature of the crime of domestic violence.

Even still, any person that is an employee of the Florida Department of Corrections that is found guilty of a charge of domestic violence will be terminated from employment as a correctional officer. Harris has worked twenty-five years of dedicated service to the State of Florida, and there isn't any filings of any domestic violence claim, anywhere, because it never has happened.

The Defendant acted with malice and intended for this fraudulent charge to stay attached to Harris for life and to be known as a violent person, and to prevent any employment with any law enforcement entities.

-6-

The Defendant had no problem at all creating a fraudulent criminal act against a citizen of the United State of America. The cause is still unknown at this time. Also **Malicious False Arrest, False Prosecution And Abuse of Process** and **42 U.S.C. § 1985 Conspiracy to Interfere with Civil Rights.**

4.    **42 U.S.C. § 1985(3)** - The Defendant Conspired to Interfere with Harris civil rights. Harris believes that there is a conspiracy against Him. Harris believes that the Third Judicial Circuit Court is not in the business of just selecting innocent citizens names and fabricating false and malicious claims against them, but, done so against Harris.

The Defendant brought forth fraudulent criminal charges to harass Harris and ruin Harris reputation and life, in hopes of preventing Harris from obtaining gainful employment.

5.    **State Law Violations committed Against Harris by the Third Judicial Circuit Court Fraudulent Acts.**

The Defendant also committed State law violations under the Florida Statute:

**817. 155** - Matters Within the Jurisdiction of the Department of The

-7-

State; False, Fictitious, or Fraudulent act, Statements. And Representations Prohibited.

The Third Judicial Circuit Court of Florida, knowingly, willfully and intentionally created and stated false, fictitious, and fraudulent acts and statements, using the same with a fraudulent document, stamped and filed with the Third Circuit Court's Court Seal, filed in the Third judicial Circuit Court of Florida against Harris, when stating that Harris committed domestic violence.

**817. 38 - Simulated Process**. The State caused to be delivered a fraudulent document, of a court process, with the State Seal of the Third Judicial Circuit Court of Florida, which led a potential employer to believe that a criminal act had taken place that would prohibit employment for Harris being hired for employment. The act caused the potential employer to question Harris concerning the fraudulent act submitted and received by them, and causing Harris to declare under penalty of perjury that such act never happened. **Also, the same for Statute 817. 39.**

**817. 49 -  False Reports of a Commission of a Crime**. The Defendant willfully, intentionally, and knowingly conveyed a false claim of domestic violence against Harris to a law enforcement agency, the Florida

-8-

Department of Corrections, knowing that such a criminal act has not been committed, to harm Harris character and reputation, so that He did not obtain gainful employment.

WHEREFORE, Harris brings His Claims against the Third Judicial Circuit in and for the State of Florida. The amount exceeds $75, 000.00 in damages.

Harris request the assigning of an attorney for representation.

Harris demands a jury trial.

Additionally, please allow delivery of law suit to the Defendants in this Case by the United States Marshall Service, to the Third Judicial Circuit for the State of Florida at 173 NE Hernando Ave., Lake City, Florida 32055, and the Florida Department of Financial Services, 200 East Gaines Street, Tallahassee, Florida 32399.

These Claims are true and correct as written, therefore I file these Claims under penalty of perjury.

Filed on this  19th  day of January 2023, by:

Michael Harris *pro se*
P. O. Box 1624
Lake City, Florida 32056
(386) 344-3284